Joshua N. Eppich
Texas Bar I.D. No. 24050567
Eric T. Haitz
Texas Bar I.D. No. 24101851
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: eric.haitz@bondsellis.com

COUNSEL FOR THE TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NOC, INC., | § | CASE NO. 23-40266-elm11 |
| | § | |
| Debtor.[1] | § | |
| | § | |
| DANIEL J. SHERMAN, AS LIQUIDATING TRUSTEE FOR THE LIQUIDATING TRUST OF NOC, INC., | § | |
| | § | Adv. No. 25-04022 (elm) |
| Plaintiff, | § | |
| v. | § | |
| STAHMANN FARMS ENTERPRISES, | § | |
| Defendant. | § | |

## STIPULATION EXTENDING RESPONSIVE PLEADING DEADLINE

---

[1] The Debtor's principal address is 4200 South Hulen Street, Suite 680, Fort Worth, Texas 76109.

STIPULATION EXTENDING RESPONSIVE PLEADING DEADLINE                                    PAGE 1

Daniel J. Sherman, in his capacity as the liquidating trustee (the "Trustee") for the Liquidating Trust of NOC, Inc., Plaintiff herein, and Stahmann Farms Enterprises, the Defendant herein (the "Defendant"), by and through their undersigned counsel, file this *Stipulation Extending Answer Date*, and respectfully state as follows:

1. On January 30, 2025, the Trustee initiated the above-referenced adversary proceeding against the Defendant by filing a Complaint [Docket No. 1].

2. The summons was issued on January 31, 2025 [Docket No. 2] and the docket states that Defendant's answer or responsive pleading is due on March 3, 2025 (the "Deadline").

3. The Trustee and the Defendant have agreed to extend the Deadline with respect to the Defendant until April 2, 2025, without prejudice to any defense or objection Defendant may have, including without limitation, personal jurisdiction, effectiveness or service, or otherwise.

4. The Trustee and Defendant request that the Court take notice of this Stipulation and extend the Deadline.  This deadline extension is without prejudice to the Defendant seeking a further extension of the Deadline by agreement or otherwise.

Dated: March 3, 2025

STIPULATED AND AGREED:

*/s/ Eric T. Haitz*
Joshua N. Eppich
Texas Bar I.D. No. 24050567
Eric T. Haitz
Texas Bar I.D. No. 24101851
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: eric.haitz@bondsellis.com

**COUNSEL FOR THE TRUSTEE**

/s/ Brandy A. Sargent
Brandy A. Sargent
Oregon Bar I.D. No. 045713
(*pro hac vice pending*)
K&L Gates LLP
One SW Columbia Street, Suite 1900
Portland, Oregon 97204
(503) 226-5735 telephone
Email: brandy.sargent@klgates.com

**COUNSEL FOR THE DEFENDANT**