

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed March 5, 2025**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NOC, INC., | § | CASE NO. 23-40266-elm11 |
| | § | |
| Debtor.[1] | § | |
| | § | |
| DANIEL J. SHERMAN, AS LIQUIDATING TRUSTEE FOR THE LIQUIDATING TRUST OF NOC, INC., | § | |
| | § | Adv. No. 25-04022 (elm) |
| Plaintiff, | § | |
| v. | § | |
| STAHMANN FARMS ENTERPRISES, | § | |
| Defendant. | § | |

**ORDER APPROVING STIPULATION EXTENDING RESPONSIVE**
**PLEADING DEADLINE**

---

[1] The Debtor's principal address is 4200 South Hulen Street, Suite 680, Fort Worth, Texas 76109.

Before the Court is the *Stipulation Extending Responsive Pleading Deadline* (the "Stipulation") by and between Daniel J. Sherman, in his capacity as the liquidating trustee for the Liquidating Trust of NOC, Inc., Plaintiff herein, and Stahmann Farms Enterprises, the Defendant herein (the "Defendant"), filed March 3, 2025. After considering the Stipulation, the Court finds that the Stipulation extending the deadline for the filing of the Defendant's answer or responsive pleading in this adversary proceeding until April 2, 2025, should be and hereby is approved.

IT IS SO ORDERED.

### END OF ORDER ###

*Order Submitted By:*

Joshua N. Eppich
Texas Bar I.D. No. 24050567
Eric T. Haitz
Texas Bar I.D. No. 24101851
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: eric.haitz@bondsellis.com

COUNSEL FOR THE TRUSTEE